# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JARVIS WALLER** <br> 110 Cottage Grove Drive <br> Pasadena, MD 21122 <br><br> *Plaintiff*, <br><br> v. <br><br> **LONNIE G. BUNCH III, SECRETARY,** <br> Smithsonian Institution <br> P.O. Box 37012, MRC 012 <br> Washington, DC 20013-7012 <br><br> *Defendant.* | Case No.: 1:24-cv-03477 <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT TO JURY (Date/Time) |
|---|---|---|---|---|---|
| 1 | Note on Car | Exhibit 1 | 12/12/2024 | | |
| 2 | Note in Locker | Exhibit 2 | 12/12/2024 | | |