UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JARVIS WALLER,<br><br>     Plaintiff,<br><br>  v.<br><br>LONNIE G. BUNCH, III,<br>Secretary, Smithsonian Institution,<br><br>     Defendant. | Civil Action No. 24-3477 (RBW) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to respond to the complaint in this matter by approximately 30 days—i.e., until March 26, 2025. Prior to filing this motion, undersigned counsel conferred with Plaintiff and Plaintiff, through counsel, does not oppose the relief sought in this motion. The grounds for this motion are set forth below.

Plaintiff filed this suit on December 12, 2024, and served the U.S. Attorney's Office on or about December 26, 2024. Plaintiff brings this action alleging race and color discrimination, hostile work environment, and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* and a violation of Section 1981. *See generally* Compl. (ECF No. 1). Defendant's deadline to respond to the complaint is currently February 24, 2025.

There is good cause to grant this motion. Undersigned counsel was recently assigned this matter and has promptly reached out to the relevant agency in order to gather information necessary for the defense of this action. That said, undersigned requires a reasonable period of additional time to discuss this matter with the relevant agency, review the administrative records,

and explore whether this case may be resolved without litigation, and if not, formulate Defendant's response to Plaintiff's complaint. Accordingly, Defendant requests this extension of time.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension in this matter. Also, granting Defendant's motion will not significantly affect any future deadlines, and allowing Defendant's counsel a reasonable amount of time beyond that provided by Rule 12, under the circumstances, to investigate the claims and plan an appropriate defense strategy is just.

WHEREFORE, Defendant respectfully requests that the deadline to respond to the complaint be extended until March 26, 2025. A proposed order is enclosed herewith.

Dated: February 19, 2025
Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       /s/Stephanie R. Johnson
STEPHANIE R. JOHNSON
DC Bar # 1632338
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JARVIS WALLER,<br><br>                Plaintiff,<br><br>    v.<br><br>LONNIE G. BUNCH, III,<br>Secretary of the Smithsonian,<br><br>                Defendant. | Civil Action No. 24-3477 (RBW) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's unopposed motion for an extension of time in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's unopposed motion is GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiff's complaint by March 26, 2025.

SO ORDERED.

_____                        _____
Dated                                                                                 Reggie B. Walton
                                                                                                United States District Judge